1
2
3
4
5
6          CLOSED
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, a non-profit corporation; et al., | Case No. 12-cv-04028-ODW(PJWx) |
| | Hon. Otis D. Wright II |
| Plaintiffs, | **FINAL JUDGMENT** |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, and the Honorable TOM VILSACK, its Secretary; et al., | |
| Defendants. | |

## **FINAL JUDGMENT**

In accordance with the Court's March 22, 2013 Order Granting Defendants' Motion for Judgment on the Pleadings, Denying as Moot Plaintiffs' Motion for Summary Judgment and Defendants' alternative Motion for Summary Judgment, and Dismissing the Case with Prejudice (ECF No. 45), all claims of all parties have been decided, and Judgment is hereby entered as follows:

1. The Court orders judgment in favor of Defendants United States Department of Agriculture, and the Honorable Tom Vilsack, its Secretary; and Food Safety Inspection Service, and the Honorable Alfred V. Almanza, its Administrator, and against Plaintiffs Animal Legal Defense Fund, Ella Nemcow, Regal Vegan, Inc., Sarah Evans, Michelle Schurig, Caroline Lee, Daniel Stahlie, Farm Sanctuary, Compassion Over Killing, and Animal Protection and Rescue League.

2. Each party shall bear its own costs of litigation and attorneys' fees through the date of this judgment. All relief not expressly granted is denied. This is a final judgment.

JUDGMENT ENTERED this 30 day of May 2013.

_____
Otis D. Wright, II, US District Judge