

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213)894-3535

**TERRY NAFISI**
District Court Executive and
Clerk of Court

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

### RECORD TRANSMITTAL FORM

Date: 09/22/15

To: **U.S. Court of Appeals**
**For the 9th Circuit**
Office of the Clerk
95 Seventh Street
San Francisco ,CA 90012
Attention: Records Unit

From: **U.S. District Court**
**Central District of California**
312 North Spring Street, Room G-8
Los Angeles, CA 90012

D C No.  2:12-cv-04028-ODW-PJW          Appeals No.  13-55868

Case Title   Animal Legal Defense Fund et al v. United States Department of Agriculture et al

Clerk's files in _____ volumes

Bulky docs in _____ volumes    Docket No. _____

Reporter's Transcripts in _____ volumes

Sealed documents in _____ ☐ Envelopes    ☐ Boxes

Other: One  Special Handling folder forward to the 9th Circuit in San Francisco, CA for review.

*Note: Please return records in the same manner as received.*

By RSmith

*(For documents received without a courier delivery tracking number)*

Acknowledgment: _____    Date: _____

A-26  (1/14)                    **RECORD TRANSMITTAL LETTER**