Morgan Hector, Cal. Bar. No. 246573
mhector@steptoe.com
STEPTOE AND JOHNSON, LLP
633 West Fifth Street, Suite 700
Los Angeles CA 90071
213.439.9494 / 213.439.9599 (fax)

Carter Dillard, Cal. Bar No. 206276
cdillard@aldf.org
ANIMAL LEGAL DEFENSE FUND
170 East Cotati Avenue
Cotati, CA 94931
(707) 795-2533 / (707) 795-7280 (fax)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, a non-profit corporation; et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, and the Honorable TOM VILSACK, its Secretary; et al., <br><br> Defendants. | Case No. 12-cv-04028-ODW(PJWx) <br><br> Hon. Otis D. Wright II <br><br> JOINT STIPULATION OF DISMISSAL OF PLAINTIFF DANIEL STAHLIE'S CLAIMS ONLY PURSUANT TO FRCP 41(a)(1)(A)(ii) |

# **STIPULATION**

Plaintiff Daniel Stahlie, by and through his counsel of record, hereby respectfully requests a dismissal of his claims only. All other Plaintiffs' claims remain. All other Plaintiffs and Defendants United States Department of Agriculture, and the Honorable Tom Vilsack, its Secretary, and Food Safety Inspection Service, and the Honorable Alfred V. Almanza, its Administrator ("Defendants"), by and through their undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),[1] hereby stipulate to Mr. Stahlie's request for dismissal of his claims. Further, Mr. Stahlie and Defendants, by and through their respective counsel of record, agree and further stipulate to bear their own fees, costs, and expenses associated with Mr. Stahlie's claims.

IT IS SO STIPULATED.

DATED: February 2, 2016        STEPTOE & JOHNSON LLP


By:   /s/ Morgan L. Hector
      Morgan L. Hector
      Attorneys for Plaintiffs


DATED: February 2, 2016        U.S. DEPARTMENT OF JUSTICE


By:   /s/ Daniel Bensing
      Daniel Bensing
      Attorneys for Defendants

---

[1] Pursuant to Fed. R. Civ. P. (a)(1)(A), a court order granting this stipulation is not required.

1

JOINT STIPULATION OF DISMISSAL OF PLAINTIFF DANIEL STAHLIE'S CLAIMS ONLY
Case No. 12-04028-ODW

# SIGNATURE ATTESTATION

All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

STEPTOE & JOHNSON LLP

By:    /s/ Morgan L. Hector
       Morgan L. Hector
       Attorneys for Plaintiffs