1  Morgan Hector, Cal. Bar No. 246573
   mhector@steptoe.com
2  STEPTOE & JOHNSON, LLP
3  633 West Fifth Street, Suite 700
   Los Angeles CA 90071
4  213.439.9400 / 213.439.9599 (fax)

5
   Carter Dillard, Cal. Bar No. 206276
6  cdillard@aldf.org
   ANIMAL LEGAL DEFENSE FUND
7  170 East Cotati Avenue
   Cotati, CA 94931
8  (707) 795-2533 / (707) 795-7280 (fax)

9
   Attorneys for Plaintiffs
10

11            **UNITED STATES DISTRICT COURT**
        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
12                    **WESTERN DIVISION**

13

14  ANIMAL LEGAL DEFENSE        )  Case No. 12-cv-04028-ODW(PJWx)
    FUND, a non-profit corporation; et  )
15  al.,                        )  Hon. Otis D. Wright II
                                )
16              Plaintiffs,     )  DECLARATION OF ERICA MEIER
                                )  IN SUPPORT OF PLAINTIFFS'
17         v.                   )  MOTION FOR SUMMARY
                                )  JUDGMENT
18  UNITED STATES DEPARTMENT    )
    OF AGRICULTURE, and the     )
19  Honorable TOM VILSACK, its  )
    Secretary; et al.,          )
20                              )
                                )
21              Defendants.     )
    _____    )

22

23

24

25

26

27

28

_____
                  DECLARATION OF ERICA MEIER
                                              DOC. # LA-211162 V.1

I, Erica Meier, declare that if called as a witness in this action I could and would competently testify of my own personal knowledge as follows:

1.      I am a resident of Silver Spring, MD, and the Executive Director of Compassion Over Killing, Inc., a plaintiff in the above-captioned action. I have worked for Compassion Over Killing from 2005 to the present. As Executive Director, I am directly responsible for and involved in coordinating our organization's various departments and campaigns, including our work relating to investigations, public health, and the foie gras industry.

2.      Compassion Over Killing is a national nonprofit organization which focuses on farmed animal issues, with its principle places of business in Washington, D.C., Maryland, and California. Compassion Over Killing has a nationwide supporter base of over 55,000 persons, over 5,500 of whom live in California. Compassion Over Killing's purpose is to protect all animals from abuse through the use of consumer education and advocacy campaigns aimed at educating people and encouraging change based on animal protection, human health, and environmental principles; investigations; and legal and rulemaking actions and education.  I have been directly involved in and oversee all of these efforts, including each of the items detailed below.

3.      The campaigns include all farmed animals, but have historically focused largely on farmed birds, including ducks. For example, Compassion Over Killing has filed rulemaking petitions on the animal welfare, food safety, and nutritional implications of misleading labeling on egg cartons.

4.      Compassion Over Killing also promotes vegan eating as a way to be more compassionate toward animals, healthier, and to reduce environmental impact. Substantive content on all of these issues is delivered through written materials distributed to the public, including magazines, leaflets, and social media and other online resources which often include promotion of medical and nutritional experts on diet and nutrition; through outreach and education events

DECLARATION OF ERICA MEIER

DOC. # LA-211162 V.1

such as the DC VegFest, which attracts thousands of people to hear from health and nutrition experts, cooking experts, and other events and speakers; and through campaigns such as Meatless Monday, U.S. Veg Week, and investigations to educate people on factory farming issues, including those affecting animal welfare and human health, and to seek corresponding reforms.

5.     Compassion Over Killing has invested considerable resources in investigating, educating the public about, and campaigning against foie gras. This includes an investigation of Hudson Valley Foie Gras, the nation's largest foie gras farm, which revealed force-feeding, among other troubling animal treatment practices.

6.     Compassion Over Killing has also published educational material about foie gras on its websites and printed materials, as well as outreach to the press, and letters to the editor of outside publications. This includes education about the human health and animal health implications of the force-feeding process used in foie gras production.

7.     Compassion Over Killing also invested resources in the Takoma Park, Maryland city resolution opposing foie gras production.

8.      Compassion Over Killing has also invested resources in the investigation and complaint about the sales of foie gras in California while California law prohibited its sale with the enactment of S.B. 1520.

9.     Each of these foie gras-related activities has injured Compassion Over Killing by consuming organizational resources that could have been spent on other projects and outreach campaigns. Compassion Over Killing would not have been forced to continue to expend its resources on investigating, educating, campaigning, and litigating about the foie gras issue but for the fact that USDA continued to approve this diseased product for human consumption. Central to Compassion Over Killing's mission is advocacy to expose and campaign against the worst abuses to animals, and foie gras is, in our view, one of the worst. Not

1  continuing to campaign against it would have caused a loss of goodwill and
2  support from our donor and supporter base, who fully expect Compassion Over
3  Killing to vigilantly advocate against the worst forms of farmed animal cruelty.
4      10.   USDA's refusal to condemn force-fed foie gras as an adulterated
5  poultry product, despite its harmful effect on human health, has forced
6  Compassion Over Killing to divert organizational resources away from other
7  priorities and campaigns in order to investigate the industry and warn and educate
8  the public about both the animal cruelty and negative health consequences of
9  consuming force-fed foie gras.
10     11.   Compassion Over Killing would have avoided numerous and
11 significant expenditures if Defendants had not been permitting diseased animal
12 products into the food supply in contravention of the Poultry Products Inspection
13 Act and its implementing regulations. These resource expenditures constitute an
14 ongoing injury caused by Defendants that would be redressable by a favorable
15 ruling by this court.
16     12.   The rulemaking sought by the 2007 Petition described in the
17 Complaint, and denied by Defendants in 2009, would properly redress the present
18 and potential injuries described herein to Compassion Over Killing's interests.
19     I declare under penalty of perjury under the laws of the United States of
20 America that the foregoing is true and correct.
21
22 Signed this _____ day of March, 2016, at ___Takoma Park, MD___.
23
24                   By:_____
25                        Erica Meier
26
27
28

3
DECLARATION OF ERICA MEIER

DOC. # LA-211162 V.1