Morgan Hector, Cal. Bar. No. 246573
mhector@steptoe.com
STEPTOE & JOHNSON, LLP
633 West Fifth Street, Suite 700
Los Angeles CA 90071
213.439.9400 / 213.439.9599 (fax)

Carter Dillard, Cal. Bar No. 206276
cdillard@aldf.org
ANIMAL LEGAL DEFENSE FUND
170 East Cotati Avenue
Cotati, CA 94931
(707) 795-2533 / (707) 795-7280 (fax)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, a non-profit corporation; et al.,<br><br>                    Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, and the Honorable TOM VILSACK, its Secretary; et al.,<br><br>                    Defendants. | Case No. 12-cv-04028-ODW(PJWx)<br><br>Hon. Otis D. Wright II<br><br>DECLARATION OF SARAH EVANS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

**Declaration of Sarah Evans**

I, Sarah Evans, declare as follows:

1. The matters set forth in this declaration are true of my own personal knowledge, and if called as a witness, I could and would testify to their truth.

2. I am a resident of Manhattan Beach, California. I have consumed foie gras in California, and while traveling in other states as well. While I eat other poultry products including duck and goose pâtés and liver products, I now try to avoid eating force-fed foie gras due to the cruelty involved in the force-feeding process and the nature of the resulting diseased product, which threatens my health. However, I find it difficult to avoid force-fed foie gras, as explained below.

3. I have a strong personal interest in ensuring that all animals raised for human use are treated in a way that minimizes suffering, particularly when such suffering makes the resulting animal product available in the market more dangerous to me and other consumers.

4. I am concerned that force-fed foie gras, as currently produced, could increase my risk of developing secondary amyloidosis in connection with an inflammatory disease, or of contracting a food-borne illness. I have read articles and studies on the topic of force-fed foie gras and its concomitant health risks, many of which are described in the Complaint and attached to the 2007 Petition denied by Defendants.

5. For example, I understand that the force-feeding process used to create foie gras increases the risk that I may contract a food-borne illness from such pathogens as *Staphylococcus aureus*, *Serratias species*, *Streptococcus species*, and *E. coli*, which have been found in force-fed birds. Based on the substantial medical evidence regarding these risks, I am fearful that I may contract secondary amyloidosis or another serious medical illness as a result of eating force-fed foie gras or dishes made from it.

6. Although I try to avoid consuming force-fed foie gras, I find it difficult because of how ubiquitous it is on restaurant menus and at social events nowadays, and because I am not always fully informed about the ingredients of the dishes I am served.

7. I am part of an eating club, and regularly dine out at restaurants in the Los Angeles area that serve foie gras. I have, more than once, asked the wait staff at these restaurants about the origin of foie gras items on menus. I am distressed by the staff's inability to tell me anything about the origin or qualities of these items. For example, upon seeing a foie gras hamburger on a restaurant menu I asked the wait staff if they knew where the foie gras came from, whether it was force fed, or whether it was duck or goose liver. Neither the wait staff nor the chef could tell me anything about it.

8. At restaurants I am often served charcuterie plates that have pâtés. I am fearful that these pâtés could contain force-fed foie gras, and have no way of knowing whether they do. I have also seen foie gras at my country club, which has served it at least twice in the past year. The club even had a foie gras night last year. I do not know whether the items served were force-fed foie gras or another, non-force fed duck or goose liver product.

9. Because of this difficulty identifying force-fed foie gras and the frequency with which I see foie gras and other duck liver products in restaurants and at events, I am afraid that I may have unknowingly consumed force-fed foie gras in the past, or may do so in the future. So long as force-fed foie gras is allowed in the marketplace and is not readily identifiable from non-force fed foie gras and other duck liver products, my substantial risk of injury will remain.

10. Because it would remove force-fed foie gras, the fatty, degenerated liver product that threatens my health, from the marketplace as an "adulterated" product under the Poultry Products Inspection Act, the rulemaking sought by the

1  2007 Petition described in the Complaint, and denied by Defendants in 2009,
2  would properly redress my present and potential injuries.
3      I declare under penalty of perjury under the laws of the United States of
4  America, that the foregoing is true and correct.

6      Signed this __17__ day of February, 2016, at Manhattan Beach, CA

8      By: *Sarah Evans*
9          Sarah Evans