1  Morgan Hector, Cal. Bar. No. 246573
   mhector@steptoe.com
2  STEPTOE & JOHNSON, LLP
3  633 West Fifth Street, Suite 700
   Los Angeles CA 90071
4  213.439.9400 / 213.439.9599 (fax)

5
   Carter Dillard, Cal. Bar No. 206276
6  cdillard@aldf.org
   ANIMAL LEGAL DEFENSE FUND
7  170 East Cotati Avenue
8  Cotati, CA 94931
   (707) 795-2533 / (707) 795-7280 (fax)
9
10 Attorneys for Plaintiffs

11 **UNITED STATES DISTRICT COURT**
12 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
   **WESTERN DIVISION**
13

14
   | | |
   |---|---|
   | ANIMAL LEGAL DEFENSE FUND, a non-profit corporation; et al., | Case No. 12-cv-04028-ODW(PJWx) |
   | | Hon. Otis D. Wright II |
   | Plaintiffs, | |
   | v. | DECLARATION OF CAROLINE LEE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |
   | UNITED STATES DEPARTMENT OF AGRICULTURE, and the Honorable TOM VILSACK, its Secretary; et al., | |
   | Defendants. | |

---

DECLARATION OF CAROLINE LEE

DOC. # DC-8990521 V.1

**Declaration of Caroline Lee**

I, Caroline Lee, declare as follows:

1. The matters set forth in this declaration are true of my own personal knowledge, and if called as a witness, I could and would testify to their truth.

2. I am a resident of Douglaston, New York.

3. I try to avoid eating force-fed foie gras due to the cruelty involved in the force-feeding process and the nature of the resulting diseased product, which threatens my health. However, I find it difficult to do so, as explained below.

4. I have a strong personal interest in ensuring that all animals raised for human use are treated in a way that minimizes suffering, particularly when such suffering makes the resulting animal product available in the market more dangerous to me and other consumers.

5. Because of my family history of inflammatory disease, I am very concerned that force-fed foie gras, as currently produced, could increase my risk of developing secondary amyloidosis in connection with an inflammatory disease. My son was recently diagnosed with secondary amyloidosis and had to undergo hospitalization and intensive treatment.

6. I have read numerous articles and studies on the topic of force-fed foie gras and its concomitant health risks, many of which are described in the Complaint and attached to the 2007 Petition denied by Defendants. Based on the substantial medical evidence regarding these risks, particularly to individuals like myself whose family history makes them more vulnerable to amyloid-related diseases, I am fearful that I may contract secondary amyloidosis or another serious medical illness as a result of eating force-fed foie gras or dishes made from it.

7. I am a corporate attorney in New York City who attends many dinners and events at which foie gras is served and may be used as an ingredient in the food I am served. I have noticed that foie gras, whether force-fed or not, and other duck liver products appearing with increasing regularity on the menus of

1
DECLARATION OF CAROLINE LEE

1  restaurants at which I dine, and that foie gras is not confined to French restaurants
2  any longer. I have seen it at Italian restaurants and even a Chinese restaurant.
3      8.   While I try to avoid consuming force-fed foie gras, I find it difficult
4  because I am not always fully informed about the ingredients of the food I am
5  served. I am distressed by the alarming inability of wait staff to accurately
6  describe the ingredients of certain dishes that may contain force-fed foie gras. For
7  example, while recently dining at La Chine restaurant in Manhattan, a waiter
8  mistakenly identified the appetizer "Star Anise & Soy Foie Gras Cherries" as a
9  vegetarian soy dish, whereas in reality it contained foie gras.  Attached as Exhibit
10 A is a true and correct copy of the menu listing this item pulled from the
11 restaurant's website.
12     9.   Because of this difficulty identifying force-fed foie gras and the
13 frequency with which I see foie gras and other duck liver products in restaurants
14 and at events, I am afraid that I may have unknowingly consumed force-fed foie
15 gras in the past, or may do so in the future. So long as force-fed foie gras is
16 allowed in the marketplace and is not readily identifiable from non-force fed foie
17 gras and other duck liver products, my substantial risk of injury will remain.
18     10.  Because it would remove force-fed foie gras, the fatty, degenerated
19 liver product that threatens my and my family's health, from the marketplace as an
20 "adulterated" product under the Poultry Products Inspection Act, the rulemaking
21 sought by the 2007 Petition described in the Complaint, and denied by Defendants
22 in 2009, would properly redress my present and potential injuries.
23     I declare under penalty of perjury under the laws of the United States of
24 America, that the foregoing is true and correct.
25     Signed this ___19___ day of February, 2016, at _Douglaston, NY_.
26
27                                           By: _____
28                                               Caroline Lee

2
DECLARATION OF CAROLINE LEE

DOC. # DC-8990521 V.1