Morgan Hector, Cal. Bar. No. 246573
mhector@steptoe.com
STEPTOE & JOHNSON, LLP
633 West Fifth Street, Suite 700
Los Angeles CA 90071
213.439.9400 / 213.439.9599 (fax)

Carter Dillard, Cal. Bar No. 206276
cdillard@aldf.org
ANIMAL LEGAL DEFENSE FUND
170 East Cotati Avenue
Cotati, CA 94931
(707) 795-2533 / (707) 795-7280 (fax)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, a non-profit corporation; et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, and the Honorable TOM VILSACK, its Secretary; et al., <br><br> Defendants. | Case No. 12-cv-04028-ODW(PJWx) <br><br> Hon. Otis D. Wright II <br><br> DECLARATION OF MICHELLE SCHURIG IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

DECLARATION OF MICHELLE SCHURIG

**Declaration of Michelle Schurig**

I, Michelle Schurig, declare as follows:

1. The matters set forth in this declaration are true of my own personal knowledge, and if called as a witness, I could and would testify to their truth.

2. I am a resident of San Francisco, California. At the time of the filing of the Complaint in this action, I was a consumer of foie gras, having consumed foie gras within California. Beginning approximately two years ago, I began trying to avoid eating force-fed foie gras due to the cruelty involved in the force-feeding process and the nature of the resulting diseased product, which threatens my health. For example, while in the past I have ordered and purchased foie gras, now if I see it or a similar dish (for example, duck and goose pâtés and liver products) on a menu, I will avoid that restaurant entirely.

3. I have a strong personal interest in ensuring that all animals raised for human use are treated in a way that minimizes suffering, particularly when such suffering makes the resulting animal product available in the market more dangerous to me and other consumers.

4. I am concerned that the consumption of force-fed foie gras, as currently produced, has increased my risk of developing an amyloid-related disease or of contracting a food-borne illness. I have read articles and studies on the topic of force-fed foie gras and its concomitant health risks, many of which are described in the Complaint and attached to the 2007 Petition denied by Defendants.

5. For example, based on the substantial medical evidence regarding health risks, I am fearful that I may contract secondary amyloidosis or another serious medical illness, such as Alzheimer's disease, as a result of having eaten force-fed foie gras or dishes made from it. It seems each time I consumed force-fed foie gras, I was put at a higher risk of contracting an amyloid-related disorder than if I ate a poultry product from a bird that was not force-fed.

6. Further, although I try to avoid consuming foie gras and have switched to a mostly vegan diet for the past two years, I am concerned I may inadvertently consume force-fed foie gras at work or social events because I am not always fully informed about the ingredients of the dishes I am served, dishes are not always clearly named, and restaurant staff are not always knowledgeable about each menu item's ingredients.

7. Because of this difficulty identifying force-fed foie gras and the frequency with which I see foie gras and other duck liver products in restaurants and at events, I am afraid that I may have unknowingly consumed force-fed foie gras in the past, or may do so in the future. So long as force-fed foie gras is allowed in the marketplace and is not readily identifiable from non-force fed foie gras and other duck liver products, my substantial risk of injury will remain.

8. Because it would remove force-fed foie gras, the fatty, degenerated liver product that threatens my health, from the marketplace as an "adulterated" product under the Poultry Products Inspection Act, the rulemaking sought by the 2007 Petition described in the Complaint, and denied by Defendants in 2009, would properly redress my present and potential injuries.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this __22__ day of February, 2016, at __San Francisco, CA__.

By: _____
Michelle Schurig