# **<u>Exhibit A</u>**

To the Declaration of Caroline Lee (Dkt. No. 61-4)

HOME  |  ABOUT  |  MENUS  |  PRIVATE DINING  |  HIGH TEA  |  GALLERY  |  TEAM  |  PRESS  |  CONTACT     RESERVATIONS

DINNER  |  DESSERT  |  DRINKS  |  TASTING                                                                ENGLISH  |  中文

# DINNER

## LA CHINE RAW BAR

HALF DOZEN OYSTERS, CHINKIANG VINEGAR GRANITÉ, STAR ANISE
GRANITÉ, CUCUMBER MIGNONETTE 18.

RARE MAINE LOBSTER TAIL, BLACK BEAN, CHINESE RADISH,
CITRUS SOY 24.

LONG ISLAND FLUKE, CHINKIANG VINEGAR, SMOKING PEONY OIL 20.

YELLOW TAIL, SZECHUAN PEPPER OIL 22.

BIG EYE TUNA TARTARE, CAVIAR, PICKLED VEGETABLES, SOY VINEGAR 22.

CURED TASMANIAN SALMON, PICKLED RADISH, CHINESE FISH
& SOY SAUCE 19.

CHEF'S SELECTION OF SEASONAL RAW FISH AND SHELLFISH
40. PER PERSON

## APPETIZERS

STAR ANISE & SOY FOIE GRAS CHERRIES 9.

CRISPY AND SPICY BROAD BEAN PRAWNS 18.
Guangdong

BEEF TONGUE, LEMONGRASS, BASIL 15.
Yunnan-Taizhou

CRISPY SPANISH MACKEREL, PICKLED NAPA CABBAGE,
SMOKED SOY DRESSING 19.
Zhejiang

BONE-IN KUMQUAT GLAZED PORK RIBS 18.
Taiwan

CHILLED SZECHUAN CHICKEN, PEANUTS 16.
Szechuan

CRISPY MANGALITSA PORK COLLAR, CHILI DIP 16.
Taiwan

SHREDDED GAO BEI DIAN TOFU SALAD, ENOKI, CORDYCEPS 15.
Shanxi

SEA WHELK, TANGY BEAN PASTE 20.
Zhejiang

## SOUP

CHICKEN "CLOUD" CONSOMMÉ, MOREL, AGED YELLOW WINE 13.
Zhejiang

SEA WHELK CONSOMMÉ, TOFU CHRYSANTHEMUM 12.
Huaiyang

EIGHT HOUR GOLDEN BROTH, LOBSTER, SCALLOP, CRAB 16.
Beijing

## BARBEQUE

WHOLE OR HALF DUCK 70. / 45.
CREPES, LEEKS, CUCUMBER, CANTALOUPE, CHEF KONG'S SAUCE

ADDITIONAL COURSE FOR WHOLE DUCK:
MINCED DUCK LETTUCE WRAPS
Guangdong

BERKSHIRE PORK COLLAR, WALDORF ROOFTOP
HONEY CRACKLE 30.
Guangdong

## SEAFOOD

WOK SEARED MAINE LOBSTER, BLACK BEAN, WILD FERN 45.
Guangdong

DIVER SCALLOPS, HONSHIMEJI, SUGAR SNAPS, X.O. SAUCE 38.
Huaiyang

SEA BASS, WALDORF ROOFTOP HONEY& SOY GLAZE 34.
Zhejiang

BLACK COD, BROCCOLINI, SCALLION & GINGER SOY 32.
Guangdong

## BEEF, LAMB, CHICKEN

PRIME BEEF TENDERLOIN, HICKORY WALNUTS,
BLACK PEPPER GLAZE 38.
Zhejiang

BEEF SHORT RIB, KABOCHA 30.

HOME | ABOUT | MENUS | PRIVATE DINING | HIGH TEA | GALLERY | TEAM | PRESS | CONTACT   RESERVATIONS

WOK FRIED LONG BEANS, MINCED PORK, PICKLED LETTUCE 16.
Zhejiang

HOUSE-MADE CARROT TOFU, STRAW MUSHROOMS, ENGLISH PEAS, OYSTER SAUCE 18.
Zhejiang

BRAISED TOFU, ROASTED PORK, PICKLED OLIVE LEAVES, MUSTARD GREENS 21.
Guangdong

SAUTÉED SNOW PEA SHOOTS OR WILD FERN, GARLIC 16.
Taiwan

WOK FRIED CAULIFLOWER, BACON, DRY CHILI 15.
Tianjin

### RICE, NOODLE

FRIED JASMINE RICE, CRAB MEAT, FLYING FISH ROE 19.
Taiwan

FRIED JASMINE RICE, PICKLED OLIVE LEAVES, TURNIP 17.
Zhejiang

BUCKWHEAT NOODLES, BBQ PORK, SHRIMP 18.
Anhui

CHEF'S STEAMED RICE OF THE DAY 5.

* SOME FOODS MAY CONTAIN RAW OR UNDERCOOKED INGREDIENTS. CONSUMING RAW OR UNDERCOOKED MEATS, POULTRY, SHELLFISH OR EGGS MAY INCREASE YOUR RISK OF FOOD-BORNE ILLNESS.

540 LEXINGTON AVENUE, NYC
212.872.4913
LACHINE@WALDORFNEWYORK.COM

PRIVATE DINING
NYCWA.HOSPSALES@HILTON.COM

PLEASE FOLLOW US AT:
© 2016 LA CHINE | SITE BY PSD