BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
EILEEN M. DECKER
United States Attorney
ERIC WOMACK
DANIEL BENSING
D.C. Bar No. 334268
Attorneys, United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. rm. 6114
Washington D.C. 20530
Telephone: (202) 305-0693
Facsimile:  (202) 616-8460
Daniel.Bensing@USDOJ.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, et al., | |
| Plaintiffs, | No. CV12-04028 ODW (PJWx) |
| v. | Hon. Otis D. Wright II |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | Date:  July 18, 2016 |
| | Time:  1:30 p.m. |
| Defendants. | Place:  Courtroom 11 |
| | --Spring Street |

DEFENDANTS' STATEMENT OF
UNCONTROVERTED FACTS

Summary judgment is the appropriate method to resolve an APA challenge such as this, but resolving cross motions for summary judgment "does not require fact finding on behalf of

Defendants' Statement of Uncontroverted Facts
Case No. 12-04028-ODW

[the] court," because the Court's review is limited to the administrative record. *Northwest Motorcycle Ass'n. v. USDA*, 18 F.3d 1568, 1472 (9th Cir. 1994); *see also* Plaintiffs' Statement of Uncontroverted Facts. Dkt. 61-6.  Facts 1 – 19 are designed to assist the Court in that inquiry.

The assertions in Facts 20 – 28 and 4-9 relate to defendants' arguments that plaintiffs lack standing to pursue this action.

| | |
|---|---|
| 1.  The Food Safety and Inspection Service (FSIS) of the United States Department of Agriculture is the federal agency responsible for administering the Poultry Products Inspection Act, 21 U.S.C. § 451, et seq. (PPIA) | 21 U.S.C. § 451 – 52; 463(b). |
| 2.  On November 28, 2007, several individual and organizations, including three of the plaintiffs here, submitted a petition for rulemaking to FSIS requesting that FSIS issue a rule banning foie gras. | Administrative Record (AR) 1 – 31. |
| 3.  The overwhelming majority of the exhibits submitted in support of the petition discussed issues of alleged animal cruelty in the production of foie gras. | AR 32 – 897; 903-1150. |
| 4.  The single study presenting evidence of possible human health risks from foie gras was a study by Alan Solomon, et al., titled *Amyloidogenic potential of foie gras* (2007) (Solomon study) | AR 899 – 902. |
| 5.  The Solomon study uses two types of mice that are predisposed to develop amyloidosis. | AR 899 – 902. |
| 6.  Only the genetically-altered mice, the most amyloid-sensitive of the two types of mice, were fed the foie gras derived substance in the Solomon study. | AR 899 – 902. |
| 7.  The Solomon study recognizes the limitations of its conclusions about health risk to humans about foie gras consumption, stating at most that it "may" pose a risk to human health. | AR 899. |
| 8.  As a preliminary, mouse study, the Solomon study provides only remote support for plaintiffs' assertion that foie gras is a threat to human health. | AR 899 – 902. |
| 9.  The Solomon study provides little information that | AR 899 – 902;1548. |

Defendants' Statement of Uncontroverted Facts
Case No. 12-04028-ODW

| | |
|---|---|
| had not previously been reported in other studies. | |
| 10. The forced feeding of ducks and geese for foie gras production results in the buildup of fat in their systems, which lodges primarily in their liver – a condition known as hepatic lipidosis. | AR 1547. |
| 11. The hepatic lipidosis developed in ducks and geese being force-fed for foie gras production is caused by a physiologic condition (the forced feeding process) and not a pathological condition, (i.e. one caused by disease). The birds are, therefore, not diseased. Moreover, ducks and geese being force-fed do not "show[] evidence of an abnormal physiologic state," which might be a basis for condemning them under 9 C.F.R. § 381.83 | AR 1456 – 57; 1157 – 58; 1178 – 87; 1196 - 1206. |
| 12. Foie gras poultry do not exhibit systemic inflammation; rather the growth in the size of the liver is merely part of normal lipid or fat processing and storage. | AR 1456 – 57; 1157 – 58; 1178 – 87; 1196 - 1206. |
| 13. The producers of foie gras ducks and geese are not in the business of buying or selling diseased or dying birds for purposes other than as human food; instead they sell foie gras for public consumption. | AR 1254; 1265 – 66. |
| 14. The enlarged livers of foie gras ducks and geese do not result in toxemia (toxins in the bloodstream) or septicemia (bacteria in the bloodstream). These conditions, if present, would result in a marked change in the appearance of the bird, such as hemorrhages in the internal organs, hyperemic skin and muscle wasting. When these symptoms are identified by FSIS inspectors, the entire carcass would be condemned. | AR 1346; 1378. |
| 15. FSIS is responsible for the inspection of a wide range of food products, including all manner of domesticated birds. FSIS inspectors perform ante-mortem and post-mortem inspections of poultry pursuant to the authority of the PPIA and regulations promulgated at 9 C.F.R. Part 381. | 9 C.F.R. Part 381. |
| 16. When conducting ante-mortem inspections, inspectors look for obvious physical signs of disease. | 9 C.F.R. § 381.71. |
| 17. Post-mortem inspections are performed on a bird- | 9 C.F.R. § 381.76. |

Defendants' Statement of Uncontroverted Facts
Case No. 12-04028-ODW

| | |
|---|---|
| by-bird basis with the inspectors using his or her senses (mostly visual) to assess each carcass for signs of abnormal conditions. | |
| 18.  FSIS performs its inspections at the slaughter facility; it has no authority to regulate the care or feeding of birds prior to their arrival at the slaughter facility. | 9 C.F.R. § 381.6. |
| 19.  By letter dated August 27, 2009, FSIS Assistant Administrator Philip S. Derfler wrote to Peter J. Petersan of the Humane Society, denying the petition and explaining that "FSIS has determined that the presence of fatty change in a duck or goose liver used to produce foie gras alone does not render the foie gras adulterated or otherwise unfit for human food." | AR 1547 – 48. |
| 20.  Plaintiff Animal Legal Defense Fund is a nonprofit organization whose goals are to use the legal system to prevent animal cruelty and protect the interests of animals. | Complaint ("Compl.") ¶ 51. |
| 21.  Plaintiff Animal Legal Defense Fund engages in many other animal protection activities in addition to advocating for a ban on foie gras. | ALDF.org (ALDF website) |
| 22. Plaintiff Farm Sanctuary is a nonprofit charitable organization dedicated to protecting animals raised in the food industry. | Compl. ¶ 53. |
| 23.  Plaintiff Farm Sanctuary engages in many other animal protection activities in addition to advocating for a ban on foie gras. | Farmsanctuary.org (Farm Sanctuary website) |
| 24.  Plaintiff Compassion Over Killing is a nonprofit organization whose purpose is to protect all animals from abuse through education campaigns and legal action. | Compl. ¶ 55. |
| 25.  Plaintiff Compassion Over Killing engages in many other animal protection activities in addition to advocating for a ban on foie gras. | cok.net (Compassion Over Killing website) |
| 26.  Plaintiff Animal Protection and Rescue League works to document and expose animal cruelty and to implement humane change. | Compl. ¶ 57. |
| 27.  Plaintiff Animal Protection and Rescue League | aprl.com. (Animal |

Defendants' Statement of Uncontroverted Facts
Case No. 12-04028-ODW

| | |
|---|---|
| engages in many other animal protection activities in addition to advocating for a ban on foie gras. | Protection and Rescue League website) |
| 28. Plaintiffs have not identified any case of any individual becoming ill due to the consumption of foie gras. | Complaint, ¶¶ 1-202. |

                    Respectfully submitted,

                    BENJAMIN M. MIZER
                    Principal Deputy Assistant Attorney General

                    EILEEN M. DECKER
                    United States Attorney

                    ERIC WOMACK
                    */s/ Daniel Bensing*
                    DANIEL BENSING
                    United States Department of Justice
                    Civil Division
                    Federal Programs Branch
                    20 Massachusetts Ave., N.W.
                    Rm. 6114
                    Washington, D.C. 20530
                    Telephone: (202) 305-0693
                    Telefacsimile: (202) 616-8460
                    Daniel.Bensing@USDOJ.gov

<u>Certificate of Service</u>

     I hereby certify that on the 22nd day of April, 2016, I caused the forgoing Defendants' Statement of Uncontroverted Facts to be served on counsel for plaintiffs by filing with the court's electronic case filing system.

<u>*/s/ Daniel Bensing*</u>

Daniel Bensing

Defendants' Statement of Uncontroverted Facts
Case No. 12-04028-ODW