BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
EILEEN M. DECKER
United States Attorney
ERIC WOMACK
DANIEL BENSING
D.C. Bar No. 334268
Attorneys, United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. rm. 6114
Washington D.C. 20530
Telephone: (202) 305-0693
Facsimile:   (202) 616-8460-0693
Daniel.Bensing@USDOJ.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, *et al.*, | No. CV12-04028 ODW |
| Plaintiffs, | Hon. Otis D. Wright II |
| v. | |
| | Date:  July 18, 2016 |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | Time: 1:30 p.m. |
| | Place: Courtroom 11 |
| | -- Spring St. |
| Defendants. | |

**DEFENDANTS' RESPONSE TO
PLAINTIFFS' STATEMENT OF UNCONTROVERTED FACTS**

Defendants' Response to Plaintiffs' Statement of Uncontroverted Facts
Case No. 12-04028-ODW

Defendants hereby respond to plaintiffs' "Uncontroverted Facts Re Plaintiffs' Standing" (Facts 87 – 101) contained in Plaintiffs Statement of Uncontroverted Facts and Conclusions of Law, Dkt. 61-6.

Defendants will not respond to the balance of plaintiffs' factual statements because, as plaintiffs' own Statement of Uncontroverted Facts explains, "in an APA case, the court does not premise its decision on findings of undisputed material facts, but rather determines as an issue of law whether the agency's decision, based on the administrative record, was arbitrary or capricious or not in accordance with law." Plaintiffs' Statement of Uncontroverted Facts, Dkt. 61-6 at 1. *See also Northwest Motorcycle Ass'n. v. USDA*, 18 F.3d 1568, 1472 (9th Cir. 1994) (resolving an APA challenge through cross motions for summary judgment "does not require fact finding on behalf of [the] court," instead, the Court's review is limited to the administrative record).

87.  Not material. In any event, Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of this assertion.

88.  Not material. In any event, Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of this assertion.

89.  Not material. In any event, Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of this assertion.

Defendants' Response to Plaintiffs' Statement of Uncontroverted Facts
Case No. 12-04028-ODW

90. Not material. In any event, Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of this assertion.

91. Not material. In any event, Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of this assertion.

92. Not material. In any event, Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of this assertion.

93. Not material. In any event, Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of this assertion.

94. It is undisputed that this assertion is contained on ALDF's webpage.

95. It is undisputed that this assertion is contained on COK's webpage.

96. It is undisputed that this assertion is contained on APRL's webpage.

97. It is undisputed that this assertion is contained on Farm Sanctuary's webpage.

98. Not material. In any event, Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of this assertion.

99. Not material. In any event, Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of this assertion.

100. Not material. In any event, Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of this assertion.

101.   Not material.  In any event, Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of this assertion.

Respectfully submitted,

BENJAMIN M. MIZER
Principal Deputy Assistant Attorney
      General

EILEEN M. DECKER
United States Attorney

ERIC WOMACK
*/s/ Daniel Bensing*
DANIEL BENSING
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Rm. 6114
Washington, D.C. 20530
Telephone: (202) 305-0693
Telefacsimile: (202) 616-8460
Daniel.Bensing@USDOJ.gov

Date: April 22, 2016

Defendants' Response to Plaintiffs' Statement of Uncontroverted Facts
Case No. 12-04028-ODW

<u>Certificate of Service</u>

I hereby certify that on the 22nd day of April, 2016, I caused the forgoing Defendants' Response to Plaintiffs' Statement of Uncontroverted Facts to be served on counsel for plaintiffs by filing with the court's electronic case filing system.

*/s/ Daniel Bensing*

Daniel Bensing

Defendants' Response to Plaintiffs' Statement of Uncontroverted Facts
Case No. 12-04028-ODW