JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND; SARAH EVANS; MICHELLE SCHURIG; CAROLINE LEE; FARM SANCTUARY; COMPASSION OVER KILLING; ANIMAL PROTECTION AND RESCUE LEAGUE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; TOM VILSACK, Secretary of Agriculture; FOOD SAFETY AND INSPECTION SERVICES; and ALFRED V. ALMANZA, Deputy Under Secretary for Food Safety,<br><br>Defendants. | Case № 2:12-cv-04028-ODW(PJWx)<br><br>**JUDGMENT** |

On May 9, 2012, Plaintiffs Animal Legal Defense Fund, Sarah Evans, Michelle Schurig, Caroline Lee, Farm Sanctuary, Compassion Over Killing, and Animal Protection and Rescue League filed a Complaint against Defendants United States Department of Agriculture, Tom Vilsack, Food Safety and Inspection Services, and Alfred V. Almanza (collectively "Defendants"), in which Plaintiffs assert one claim seeking judicial review of agency action under 5 U.S.C. § 706(2)(a). (ECF No. 1.) On December 14, 2016, the Court granted Defendants' Motion for Summary

Judgment.  (ECF No. 80.)

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiffs Animal Legal Defense Fund, Farm Sanctuary, Compassion Over Killing, and Animal Protection and Rescue League shall recover nothing from Defendants, and their claims against Defendants are dismissed on the merits and with prejudice;

2. The claims of Plaintiffs Sarah Evans, Michelle Schurig, and Caroline Lee against Defendants are dismissed without prejudice for lack of jurisdiction;

3. Defendants shall recover their costs from Plaintiffs as evidenced by a Bill of Costs.

**IT IS SO ORDERED.**

December 14, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**